**Dismissed and Memorandum Opinion and Concurring Memorandum Opinion filed January 17, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-01040-CR

---

**ROBERT ANDREW WILLHELM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 36,362**

---

### M E M O R A N D U M   O P I N I O N

After a plea of guilty, appellant was convicted of the offense of burglary of a habitation with intent to commit rape and sentenced to ten years' confinement on September 8, 1980. Appellant's notice of appeal was not filed until September 19, 2012.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal which complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.* [1]

Accordingly, the appeal is ordered dismissed.

/s/    Tracy Christopher
        Justice

Panel consists of Justices Frost, Christopher, and Jamison (Frost, J. concurring).
Do Not Publish — Tex. R. App. P. 47.2(b).

---

[1] It appears appellant is attempting to appeal the denial of his motion for judgment nunc pro tunc. A challenge to the trial court's denial of a motion for judgment nunc pro tunc may be properly brought through petition for writ of mandamus. *See In re Gomez*, 268 S.W.3d 262 (Tex. App.—Austin 2008, orig. proceeding).